UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ANGELO MASSEY,<br><br>Plaintiff<br><br>v.<br><br>DARIN BALAAM, et al.,<br><br>Defendants | Case No. 3:25-cv-00300-ART-CSD<br><br>ORDER |

**I.   DISCUSSION**

According to the Washoe County Detention Facility's inmate database, Plaintiff is no longer at the address listed with the Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until October 23, 2025, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by October 23, 2025, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court by October 23, 2025.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: September 23, 2025.

_____
UNITED STATES MAGISTRATE JUDGE